**Florencia S. TICA, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 04–76105.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2008.*

Filed April 30, 2008.

Norma M. Molinar, for Petitioner.

Michelle E. Gorden Latour, M. Jocelyn Lopez Wright, Oil, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, Ronald E. LeFevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GRABER, FISHER, and BERZON, Circuit Judges.

MEMORANDUM **

Florencia S. Tica, a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' ("BIA") order summarily affirming an immigration judge's ("IJ") exclusion order. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

Tica contends that the IJ violated due process by failing to inform her of the availability of relief and by refusing to grant a continuance or administrative closure. Although Tica raised these claims before the BIA, the BIA failed to address them. We therefore remand for further proceedings. *See Montes–Lopez v. Gonzales,* 486 F.3d 1163, 1165 (9th Cir.2007) ("When a petitioner raises a claim based on a purported procedural defect of the proceedings before the IJ, the *only* administrative entity capable of independently addressing that claim is the BIA."); *see also INS v. Ventura,* 537 U.S. 12, 16–18, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

